Mr. Kotlarsky v. Department of Justice One second, Mr. Kotlarsky So am I pronouncing your name right? Perfect Perfect Kotlarsky? With no accent, yes sir So, all right, Mr. Kotlarsky, you have five minutes is what we assigned. I think you had asked then for an additional two minutes. If I may Let's just see how we go. I mean, I'm not always so strict on the clock. If we have questions, we'll go longer. If we don't, we may sometimes go shorter. Thank you You may proceed May I start? Yes Mr. Kotlarsky, I would like to thank the Honorable Court for the opportunity to be heard. On January 15, 2016, the government falsely accused Mr. Kotlarsky without a single piece of evidence. The offense was on two counts. Count one, conspiracy to extort. Count two, extortion. Title section 18, U.S.C. 1951. According to the law, you cannot have a conspiracy with just one person. According to the law in count one, the government is obligated to present the name of the second conspirator. But they never did. For count two, the government obligated to present the victim's name, but they never did. Without the existence of these two names, the accusation is not legitimate, not lawful, and not unfeasible. Honorable Brett Kavanaugh stated that all cases must be decided only on evidence presented. A judge must be independent and must interpret the law, not make the law. This is exactly what Honorable Louis Kaplan did not do. The Honorable Louis Kaplan sentenced Mr. Kotlarsky using just a government letter and summary from Mr. Thomas. The Honorable Louis Kaplan did not use a single piece of evidence. The court was not independent, did not interpret the law, but made the law. Honorable Louis Kaplan stated, although I don't have specific evidence, and I don't, I understand. There have been no expressed testimonial evidence. I don't think the logical situation, so even assuming for sake of the discussion, I do not accept that your conduct with respect to the extortion here was quite as selfless as you and your lawyer have portrayed. Here is the evidence to support of the innocent and noble deed by Mr. Kotlarsky. The victim, USA citizen Mr. Mitnick, whose life was saved by Mr. Kotlarsky, on 1-14-2016, stated to the special agent Hardison one hour prior to arrest of Mr. Kotlarsky. He, Boris Kotlarsky, is not involved. On 1-27-2017, on the PSI report, the victim impact, paragraph 27, the victim does not feel that Mr. Kotlarsky should have been charged with extortion. He never asked for or expected to be compensated financially. Mr. Kotlarsky, can I ask you, what is it that you were saying that the magistrate got wrong in its report and recommendation? What I am saying? Sir, when I went through magistrate dismissal, he copied, not sentence by sentence, letter by letter, whatever Honorable Louis Cutland stated. Copied. If they will do whatever your Honorable Court does, let me speak. All what I ask, I don't ask for any favor, nothing. I just ask to present to the court evidence, nothing else. Every word, every sentence, based on evidence, not one on hearsay, nothing. Here, it's exclusive that victim in the case, whose life was saved by Mr. Kotlarsky, and government witness, former hit man. Right, but there's, I mean, again, there's sort of two cases, right? There's the criminal case. Yes. In which there was a conviction. Yes. There was no appeal. And then there was a 2255, right? Sir, 2255, I want to say on the record, was dismissed by Honorable Louis Cutland just to protect the court. What happened? Because person, this hit man. You didn't appeal Judge Cutland either, right? I didn't know that I can appeal. My lawyers didn't appeal. I didn't know. That's why when I got in prison and start learning, I applied. I give it 2255 motion. Everything went all right. I put the motion on February 23, 2018. And all year was good until my attorney start investigating what happened. The government witness at the location, when judge ask him, do you read or write English? He said, no. Within half an hour when judge said she adjourned because she was the government witness, did you, former hit man, did you conspire with anybody to extort the victim? He said, no. It's Honorable Catherine Forrest. So she turned to the government. What's going on here? I thought we here in conspiracy to extort. She told the government, I give you, I adjourn the court and work it out between you guys. Between attorney for, government attorney for Mr. Mifold and between government. After half an hour, person who doesn't speak or doesn't read English in perfect English, not in my English, in your English, he made a statement on page and a half. But he didn't say, he already stated before that he didn't conspire. But he made a statement where government tried to put a base to get something to Mr. Kotlarski. Right. No, I think, I understand that. I mean, you are mostly challenging, you're really challenging the criminal conviction. Not mostly criminal. Through a civil case, right? No, sir. It's not a civil, it's criminal case. Now civil case, Mr. Allen and Mr. Guardetta. I give them all evidence, everything, and he based only on two points. One point he based that I plead. I give him that I didn't plead voluntarily. What happened? Government committed a scheme. They charge me. They tried to put a base with Honorable Catherine Forrest. That this hit man, he did something, he tried, he supposed to bring me nine and a half million from Russia. Why they did nine and a half million? To add me seven points. So give me an offer which I could refuse or die in prison 97, 120 months. No, I think, look, I think I understand that and your brief makes this clear. But if you want to challenge a conviction, you typically appeal that conviction. And then you also have the right to bring the 2255. Yes. Bringing a separate civil suit is not ordinarily the place to do the things that you would do on appeal in the criminal case. I appeal. And that's really what the magistrate judge is talking about. What I appeal with magistrate judge that I didn't plead voluntarily, number one. No, I understand. Number two, number two, if somebody will go through my elocution, I said I didn't have no money. I didn't know. What I did, I did a noble deed, introduce, save life of United States citizen, Mr. Meekin. And he wrote, he wrote a declaration personally to Judge Kaplan. What I ask court, honorable court, Mr. Allen and Mr. Guardetta, just please, as a government, provide two names. I was sentenced on conspiracy to extort. Just give me conspirator name. Based on my testimony, based on the record, this is not Mr. Kneifer. I ask Mr. Allen. I understand. I think we're kind of talking past each other. So the issue really is whether or not this civil case is the proper place to litigate the criminal conviction. Yes. And then whether or not you properly challenge the findings of the magistrate judge before judge. Yes, Your Honor. So I go, why I appear here, because Mr. Allen, he didn't listen even to, they didn't give me a chance to present the evidence. I'm talking about evidence only, nothing. Just to present evidence. And this honorable Judge Guardetta stayed by him, by honorable Judge Allen. They said, because Judge Lewis Kaplan sentenced me, they stayed by his decision. They didn't listen to, they didn't give me a chance. The question is whether you even have the right to go to the civil court and ask them to fix what happened in the criminal proceeding. But anyway, I think, if you ask for two more minutes, you've got five and a half, so. I didn't finish very important thing. Well, we have your brief. So what was the one, what else did you want to say? It's when, in case, government witness and the victim testify of noble deed of Mr. Kutlarski. And testify that Mr. Kutlarski completely innocent. That Mr. victim, he got an interview with New York Post. He start, Feds sold me out. That's me, Mr. Kutlarski, who told him to go to Feds when Mr. Kutlarski find out that father-in-law went to kill him. Because dispute of $20 million in divorce. So I told him, I stay and I, main thing, I send it to your honorable court, video post arrest. Mr. Kutlarski post arrest certified transcript was for 60 minutes, 32 pages. Government- So Mr. Kutlarski, we have to kind of cut this short. We have obviously limited time. We've gone over, but we have your brief. And so we reserve decision as we have for the other cases. Only what I want to say. I saved the life of United States citizen. Was no financial. Was not any gain. Just like God say. Like in Bible stated. If you save life of one person, you save the world. That's what Mr. Kutlarski did. Only, I beg you, just tell me, just tell you, it take 30 seconds. What I went through. Because of saving life. Mr. Kutlarski, we have to, we have time limit. So we've gone way over. So I thought I could finish five minutes my brief. And then I will answer the question. But that's what- So we're going to conclude now. We will reserve our decision. We've got your papers. And we will then adjourn for the day. My final word. Mr. Kutlarski. I'm sorry. I'm sorry. I just went through the stroke in prison. All right. So that's going to conclude the argument for today. Thanks. Okay.